UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABIGAIL NATSCHKE, Conservator
for Estate of ROBERT GILHOUSE, JR.,

        Plaintiff,

v

JACKSON COUNTY ISD, ELEANOR
RAMOS and RENEE ADEE,

        Defendants.
_____/

Judge George Caram Steeh
Magistrate Judge Mona K. Majzoub
No. 18-10873

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

    The Court having considered the stipulation of the parties hereto, and being otherwise fully advised in the premises,

    IT IS HEREBY ORDERED that the above-captioned cause be dismissed with prejudice and without costs or attorney fees as to all parties. This Order resolves all pending claims in the above-captioned matter and closes this case.

_____
U.S. District Court Judge

Dated: 6-27-18

I HEREBY STIPULATE TO ENTRY
OF THE ABOVE ORDER:

/s/JAMES T. HEOS (P26210)
THE NICHOLS LAW FIRM, PLLC
*Attorney for Plaintiff*
3452 E. Lake Lansing Road
East Lansing, MI 48823
(517) 432-9000
jheos@nicholslaw.net

/s/TIMOTHY J. MULLINS (P28021)
GIARMARCO, MULLINS & HORTON, P.C.
*Attorney for Defendants, Jackson County ISD and Adee*
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com